IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  20- |
| | : | |
| DESLOUIS EDOUARD, JR., | : | |
| a/k/a "JUNIOR" | : | |
| | : | |
| | : | |

ORDER FOR BENCH WARRANT

AND NOW, this            day of              , 2020, on motion of William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Louis D. Lappen, Deputy United States Attorney, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

*/s/ Lynne A. Sitarski*
The Honorable Lynne A. Sitarski,
United States Magistrate Judge

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 20- |
| DESLOUIS EDOUARD, JR., a/k/a "JUNIOR" | : |

## MOTION FOR BENCH WARRANT

AND NOW, this          day of              , 2020, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Louis D. Lappen, Deputy United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

*/s/ Louis D. Lappen*
_____
LOUIS D. LAPPEN
Deputy United States Attorney