# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION |
| : | NO. 20-372 |
| DESLOUIS EDOUARD, JR. : | |

## O R D E R

**AND NOW**, this 1st day of July, 2021, following a pretrial detention hearing, it is hereby **ORDERED** that the Defendant's Motion to Vacate the Pretrial Detention Order of the Honorable Carol Sandra Moore Wells [Doc. 9] is **DENIED**.

This case is appropriate for detention because the government has proven by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

**BY THE COURT**:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.