IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20CR372 |
| | : | |
| DESLOUIS EDOUARDO, JR. | : | |

ORDER

Upon independent review of the Report and Recommendation of U.S. Magistrate Judge Timothy R. Rice, and the transcript of the guilty plea proceedings, it is ORDERED that the Report and Recommendation is APPROVED and ADOPTED. I accept the guilty plea of Deslouis Edouard, Jr., entered on October 6, 2021. Sentence will be imposed on January 19, 2022 at 10:00 A.M. in a Courtroom to be determined.

BY THE COURT:

Oct. 13, 2021

/s/ Jeffrey L. Schmehl
Jeffery L. Schmehl
Chief, U.S. District Court Judge